IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                              Nos. 4:11-cr-98-DPM-05

BRANDON DOWD                                                       DEFENDANT

## ORDER

At the 19 April 2012 hearing, the Court granted the government's oral motion to dismiss the indictment, and the superseding information, as to Dowd. All charges against Dowd are dismissed without prejudice. The trial set for 20 April 2012 is cancelled.

So Ordered.

D.P. Marshall Jr.
United States District Judge

19 April 2012